AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF STATE,<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-8558 TSH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Department of State
Congressional & Litigation Support Office
Office of the Executive Secretariat, Room 1464
2201 C Street NW
Washington, D.C. 20520

Todd Blanche, U.S. Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

U.S. Attorney No. D. CA
Craig H. Missakian
450 Golden Gate Avenue, 11th Floor
P.O. Box 36055
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JESSICA L. BLOME (Cal. Bar No. 314898); Richard A. Brody (Cal. Bar No 100379);
LILY A. RIVO (Cal. Bar No 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
*CLERK OF COURT*

Date: August 19, 2026

Gina Agustine
Gina Agustine
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-08558-TSH

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of State

was received by me on *(date)* August 26, 2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*:

Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 26, 2026

*/s/ Patrick Johnson*

*Server's signature*

Patrick Johnson, Paralegal

*Printed name and title*

2748 Adeline St., Ste A, Berkeley, CA 94703

*Server's address*

Additional information regarding attempted service, etc:

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704364558662

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 5:41 am on August 26, 2026 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20521
August 26, 2026 5:41 AM

Feedback

**Arrived at Post Office**

WASHINGTON, DC 20018
August 26, 2026 5:30 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 26, 2026 12:08 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 25, 2026 1:57 PM

**In Transit to Next Facility**

August 25, 2026 11:08 AM

**Departed USPS Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
August 25, 2026 9:28 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
August 21, 2026 11:45 AM

**Departed Post Office**

VACAVILLE, CA 95687
August 20, 2026 6:50 PM

**USPS in possession of item**

VACAVILLE, CA 95687
August 20, 2026 3:57 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

9589 0710 5270 4364 5586 62

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20520
**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $ | $5.55 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $0.00 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $12.90 |
| Total Postage and Fees $ | $18.45 |

Postmark Here
VACAVILLE CA 95687
0488
AUG 20 2026
08/20/2026

Sent To U.S Department of State. OFFICE of EXECUTIVE SECRETARIAT.
Street and Apt. No., or PO Box No. 2201 C. Street NW.
City, State, ZIP+4® Washington, D.C. 20530.

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions