CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-6748
Shamira. Dwarica@usdoj.gov

*Attorneys for Defendant*
*U.S. Department of State*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | CASE NO. 3:26-CV-08558-TSH<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulated request to extend the time for Defendant's response to Plaintiff's Complaint. In support of this request, the parties state as follows:

1. Plaintiff U.S. Right to Know filed a Freedom of Information Act Complaint for declaratory and injunctive relief on August 18, 2026. Dkt. No. 1.

2. Plaintiff completed service upon Defendant on August 24, 2026. Dkt. No. 8.

3. Defendant is currently required to answer or otherwise respond to the Complaint by September 23, 2026.

4. On September 17, 2026, counsel for the parties conferred and stipulated that Defendant may have an additional 30 days, up to and including October 23, 2026, to answer or otherwise respond to the Complaint.

5. The parties therefore stipulate to extend the time for Defendant's response to Plaintiff's Complaint to October 23, 2026.

IT IS SO STIPULATED.

DATED: September 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney

*Attorney for Defendant*
*U.S. Department of State*

DATED: September 17, 2026

*/s/ Lily A. Rivo*
LILY A. RIVO
JESSICA L. BLOME
RICHARD A. BRODY
Greenfire Law, PC

*Attorneys for Plaintiff*
*U.S. Right to Know*

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.