CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-6748
Shamira. Dwarica@usdoj.gov

*Attorneys for Defendant*
*U.S. Department of State*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

U.S. RIGHT TO KNOW, a California Non-Profit Corporation

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,

Defendant.

CASE NO. 3:26-CV-08558-TSH

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulated request to extend the time for Defendant's response to Plaintiff's Complaint. In support of this request, the parties state as follows:

1. Plaintiff U.S. Right to Know filed a Freedom of Information Act Complaint for declaratory and injunctive relief on August 18, 2026. Dkt. No. 1.

2. Plaintiff completed service upon Defendant on August 24, 2026. Dkt. No. 8.

3. Defendant's original deadline to answer or otherwise respond to the Complaint was September 23, 2026.

4. On September 17, 2026, counsel for the parties conferred and stipulated that Defendant may have an additional 30 days, up to and including October 23, 2026, to answer or otherwise respond to the Complaint.

5. On September 17, 2026, the parties filed the stipulation to extend the time for Defendant's response to Plaintiff's Complaint to October 23, 2026. Dkt. No. 11. As of today, the Court did not issue an order extending that deadline.

6. Defendant conducted a search for records responsive to the request identified in the present complaint. On October 14, 2026, Defendant stated to Plaintiff that a search was conducted and that the cables at issue in the present complaint have already been located and processed in a prior litigation, *U.S. Right to Know v. Department of State*, Case No. 3:20-CV-08415-SK, and that it does not appear that continued litigation would yield additional records.

7. On October 15, 2026, Plaintiff stated that they are amenable to an extension of Defendant's time to respond to the Complaint so that Defendant can identify information related to Defendant's contention that they have conducted a search for records, including the time period searched, the office(s) or custodian(s) involved, and the search terms used, and provide clarification on the language addressing why the records were withheld in the prior case. Plaintiff does not, by agreeing to an extension of time for Defendant to answer or otherwise respond to the Complaint, admit that Defendant's search meets FOIA's statutory requirements, nor does Plaintiff concede that any claims alleged in its complaint, Dkt. No. 1, are moot, or that the records sought in this case have previously been produced.

8. Accordingly, to allow the parties to continue their cooperative efforts to resolve this case, the parties agree and stipulate, subject to Court approval, that Defendants' deadline to respond to the complaint should be extended by 30 days from October 23, 2026, to November 22, 2026.

IT IS SO STIPULATED.

DATED: October 16, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney

*Attorney for Defendant*
*U.S. Department of State*

*/s/ Lily A. Rivo*
LILY A. RIVO
JESSICA L. BLOME
RICHARD A. BRODY
Greenfire Law, PC

*Attorneys for Plaintiff*
*U.S. Right to Know*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 19, 2026

HON. THOMAS S. HIXSON.
UNITED STATES MAGISTRATE JUDGE

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.