CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-6748
Shamira. Dwarica@usdoj.gov

*Attorneys for Defendant*
*U.S. Department of State*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | CASE NO. 3:26-CV-08558-TSH<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-12, and 16-2, the parties hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference and all related deadlines. In support of this stipulation, the parties state as follows:

1. Plaintiff U.S. Right to Know filed this Freedom of Information Act action on August 18, 2026. Dkt. No. 1.

2. Plaintiff completed service upon Defendant on August 24, 2026. Dkt. No. 8.

3. On September 17, 2026, the parties stipulated to extend time for Defendant's time to respond to Plaintiff's Complaint from September 23, 2026, to October 23, 2026. Dkt. No. 11.

4. On October 16, 2026, the parties again stipulated to extend Defendant's deadline to answer or otherwise respond to the Complaint from October 23, 2026, to November 22, 2026. Dkt. No. 12. As explained in that stipulation, Defendant had conducted a search for records responsive to the FOIA request at issue and informed Plaintiff that the records sought in this action appeared to have already been located and processed in prior litigation. The parties agreed that additional time would facilitate discussions regarding Defendant's search, the scope of records previously processed, and whether the matter could be resolved without further litigation. *See* Dkt. No. 12. Plaintiff stipulated to this extension to provide Defendant more time to identify information related to Defendant's contention that they have conducted a search for records responsive to Plaintiff's FOIA request. *Id.* at ¶ 7.

4. On October 19, 2026, the Court granted the parties' stipulated request and extended Defendant's deadline to respond to the Complaint to November 22, 2026. Dkt. No. 15.

5. The Court has scheduled an Initial Case Management Conference (CMC) in this matter for November 19, 2026. Dkt. No. 6.

6. The reasons supporting the extension of Defendant's response deadline likewise support a continuance of the Initial Case Management Conference. The parties are engaged in discussions that may narrow or resolve issues in dispute and are continuing their cooperative efforts to determine whether further litigation is necessary. Plaintiff requested further information from Defendant regarding the scope and terms of the search for the FOIA records and has requested a response within the next two weeks.

7. Holding the Initial Case Management Conference before Defendant's responsive pleading is due would not promote judicial economy and may require the parties to submit a Case Management Statement before their ongoing discussions have concluded.

8. Accordingly, the parties respectfully request that the Court continue the Initial Case Management Conference currently scheduled for November 19, 2026, by 28 days, to December 17, 2026, or to another date convenient to the Court.

9. The parties submit that a continuance is warranted because the Court has extended Defendant's deadline to respond to the Complaint to November 22, 2026, and the parties are continuing

their efforts to determine whether the issues raised in this action can be narrowed or resolved without further litigation.

9. This request is made to facilitate the parties' ongoing discussions, conserve party and judicial resources, and promote efficient case management. Good cause exists for the requested continuance in light of the Court's October 19, 2026 order extending Defendant's deadline to respond to the Complaint until November 22, 2026. This is the parties' first request to continue the Initial Case Management Conference.

IT IS SO STIPULATED.

DATED: November 4, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney

*Attorney for Defendant U.S. Department of State*

*/s/ Lily A. Rivo*
LILY A. RIVO
JESSICA L. BLOME
RICHARD A. BRODY
Greenfire Law, PC

*Attorneys for Plaintiff U.S. Right to Know*

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Initial Case Management Conference currently scheduled for November 19, 2026, is CONTINUED to December 17, 2026, at 10:00 a.m.

The deadline for filing the Joint Case Management Statement shall be adjusted in accordance with the Civil Local Rules and the new hearing date.

IT IS SO ORDERED..

Date:

____________________________________
HON. THOMAS S. HIXSON.
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF SHAMIRA DWARICA**

I, Shamira Dwarica, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for Defendant U.S. Department of State in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Plaintiff filed this Freedom of Information Act action on August 18, 2026, and completed service on Defendant on August 24, 2026. Pursuant to the Court's scheduling order, the Initial Case Management Conference is currently set for November 19, 2026.

3. On October 16, 2026, the parties filed a stipulation requesting a 30-day extension of Defendant's deadline to answer or otherwise respond to the Complaint. The parties sought the extension because Defendant had informed Plaintiff that it conducted a search for records responsive to the FOIA request at issue and that the records sought had previously been located and processed in prior litigation. The parties agreed that additional time would facilitate discussions regarding Defendant's search efforts, the scope of records previously processed, and whether the matter could be resolved without further litigation.

4. On October 19, 2026, the Court granted the parties' stipulation and extended Defendant's deadline to answer or otherwise respond to the Complaint to November 22, 2026.

5. Since obtaining that extension, the parties have continued their efforts to evaluate the information exchanged and explore whether the issues presented by this action may be narrowed or resolved without the need for further litigation. Those discussions remain ongoing. The parties believe additional time is warranted to continue those efforts.

6. Good cause exists to continue the Initial Case Management Conference currently scheduled for November 19, 2026, because the conference is presently set to occur before Defendant's responsive pleading is due. Proceeding with the conference before Defendant responds to the Complaint may result in unnecessary expenditure of party and judicial resources and may require the parties to address case-management issues that could be narrowed or obviated by their ongoing discussions.

7. The parties therefore request that the Court continue the Initial Case Management Conference by twenty-eight days, from November 19, 2026, to December 17, 2026. A brief continuance will allow Defendant's response deadline to pass and permit the parties to continue their cooperative efforts to determine whether this matter can be resolved or streamlined before substantial litigation activity occurs.

8. This requested modification is sought in good faith, is not sought for purposes of delay, and will promote the efficient use of party and judicial resources. This is the parties' first request to continue the Initial Case Management Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 4, 2026

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney