IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

U.S. RIGHT TO KNOW, a California Non-Profit Corporation

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,

Defendant.

CASE NO. 3:26-CV-08558-TSH

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS**

Defendant United States Department of State has filed an Administrative Motion to Stay Proceedings or, in the Alternative, to Extend Defendant's Deadline to Answer Plaintiff's Complaint. Having considered the motion, the supporting declaration, the record in this action, and good cause appearing, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT:

1. This action is STAYED for ninety days from the date of this Order.

2. Defendant's deadline to answer or otherwise respond to the Complaint is VACATED.

3. The Initial Case Management Conference currently scheduled for December 17, 2026, is VACATED.

4. All deadlines associated with the Initial Case Management Conference, including the deadline to file a Joint Case Management Statement, are VACATED.

5. No later than fourteen days after expiration of the stay, the parties shall file a Joint Status Report advising the Court of the status of the matter and proposing any further case-management deadlines, if necessary.

IT IS SO ORDERED.

DATED: ________________________

________________________________
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE